IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND D. WALTERS                                                        PETITIONER

v.                            NO. 5:19-cv-00357 DPM/PSH

DEXTER PAYNE                                                              RESPONDENT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Petitioner Raymond D. Walters ("Walters") began this case on November 15, 2019, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. He failed, though, to pay the five dollar filing fee or, alternatively, file a motion for leave to proceed in forma pauperis. The undersigned apprised him of his oversight and gave him up to, and including, December 20, 2019, to either pay the filing fee or file an application to proceed in forma pauperis. See Docket Entry 2. He was warned that in the event he failed to do so, the undersigned would recommend that this case be dismissed without prejudice.

December 20, 2019, has come and gone, and the Clerk of the Court has no record of Walters having paid the filing fee or having filed an application to proceed in forma pauperis. Given Walters' failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent Dexter Payne.

DATED this 6th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE