IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND D. WALTERS
ADC #102709                                                              PETITIONER

v.                            No. 5:19-cv-357-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                                        RESPONDENT

### ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, № 3. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Walters's petition will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2020