IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND D. WALTERS
ADC #102709                                               PETITIONER

v.                       No. 5:19-cv-357-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                         RESPONDENT

## JUDGMENT

Walters's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2020