IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND D. WALTERS
ADC #102709                                                                                  PETITIONER

v.                        No. 5:19-cv-357-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                        RESPONDENT

## ORDER

The Court adopts Magistrate Judge Harris's careful recommendation, *Doc. 13*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Walters's petition is untimely; and he hasn't cleared equitable tolling's high bar. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2020