## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RAYMOND D. WALTERS**
**ADC #102709**                                                                    **PETITIONER**

**v.**                                     **No. 5:19-cv-357-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                          **RESPONDENT**

### JUDGMENT

Walters's petition is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_27 May 2020_